UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EQUISHA JACOBS, ET AL.,                    :

          Plaintiffs,                    :

          -against-                     :        ORDER

UNITED STATES OF AMERICA,                  :        08 Civ. 8061 (KNF)

          Defendants.                    :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A telephonic conference was held with counsel to the respective parties on November 9, 2009. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, shall be initiated so as to be completed on or before January 29, 2010; and

2. a telephonic status conference will be held with the parties on February 2, 2010, at 10:30 a.m. Counsel to the plaintiff shall initiate the telephonic conference on that date.

Dated: New York, New York
       November 10, 2009

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE