UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN M. TOMSKY, Guardian ad litem for
JACQUES JACOBS, an Infant,                      :
and EQUISHA JACOBS, Individually,
                                                :
                     Plaintiffs,
                                                :
     -against-                                            **ORDER**
                                                :
UNITED STATES OF AMERICA, ROSARIO          08-Civ-8061 (KNF)
FERRER VILLASENOR, NP, and BRONX           :
LEBANON HOSPITAL CENTER,
                                                :
                     Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

On February 1, 2021, the Court directed Midland Trust Company, as trustee of The Jacques Jacobs Trust, to show cause for its failure to file the required annual accounting for the years 2017,[1] 2018, 2019 and 2020. Docket Entry No. 192. Thereafter, the trustee filed an affidavit explaining the delay, Docket Entry No. 199, and annual accounting reports for the years 2018, 2019 and 2020, Docket Entry Nos. 195, 196 and 201, respectively.

Before the Court are affidavits respecting accounting services by Tammy S. Kirshon ("Kirshon"), a certified public accountant and managing shareholder at the firm of Kirshon & Co., P.C. who provides fiduciary tax and accounting services to the trustee. Kirshon seeks $2,600 in accountant fees, for nineteen hours expended preparing the 2018 accounting report, Docket Entry No. 197, and $2,600 in accountant fees, for nineteen hours expended preparing the 2019 accounting report, Docket Entry No. 198. The Court approves Kirshon's accountant fees totaling $5,200 for preparing the 2018 and 2019 accounting reports and directs that the requested

---

[1] The accounting for 2017 was filed under Docket Entry Nos. 169 and 170.

fees be paid in accordance with the terms of The Jacques Jacobs Trust.

Dated: New York, New York  SO ORDERED:
       November 1, 2021

*Kevin Nathaniel Fox*

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE